# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                           Case No. 6:05-cr-209-Orl-18DAB

WILLIAM SCOTT JONES

_____

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One (1) of the Information is now accepted and the Defendant is ADJUDGED GUILTY of such offense. A sentencing hearing has been scheduled for April 19, 2006 at 9:00 a.m., under separate notice.

**DONE and ORDERED** in Orlando, Florida this _24_ January, 2006.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney - Cynthia Hawking
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant - Harrison T. Slaughter, Jr., Esq.
William Scott Jones